FILED

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CIVIL ACTION

2014 APR 22 PM 1:10

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

Anthony Valentine
Bernidine Valentine

Plaintiffs,

vs.                                        CASE NO.: 8:14 cv 00652 EAK MAP

BAC HOME LOANS SERVICING, L.P.,
BANK OF AMERICA, N.A., as owner of
COUNRYWIDE FINANCIAL CORPORATION and
COUNRYWIDE HOME LOANS, INC.,
RON R. WOLFE AND ASSOCIATES, P.A., as successor to
FLORIDA DEFAULT LAW GROUP, P.L.,
MICALL BACHMAN, individually and as an employee of Bank of America, N.A.

Defendants,
_____/

### PLAINTIFFS' MOTION FOR EXTENTION OF TIME TO FILE A RESPONSE TO DEFENDANT BANK OF AMERICA, N.A.'s MOTION TO DISMISS COMPLAINT

Plaintiffs Anthony Valentine and Bernidine Valentine, pro se, hereby file this Motion for Extension of Time to file Plaintiffs' Response to Defendant Bank Of America, N.A.'s (BOA) Motion to Dismiss Plaintiffs' Complaint and in support thereof state as follows:

1. Counsel for Defendant Bank Of America, N.A. filed their Motion to Dismiss Plaintiffs' Complaint under a Certificate of Service dated April 7, 2014.

2. Since February of this year, Plaintiff Anthony Valentine has been unable to walk due to multiple stress fractures in both feet, and was ordered by his doctor to stay off of his feet. Plaintiff Bernidine Valentine is in the middle of FCAT testing ESE (special ed) students.

1

3. While Plaintiff Anthony Valentine's condition has been improving over the last 12 weeks, he is still unable to walk, and this condition has made it very difficult for him to obtain access to all of the information the Plaintiffs need to file an adequate response, and likewise with Mrs. Valentine, testing all day long.

4. Plaintiffs estimate that Plaintiffs' Response should have been filed on or before April 27, 2014. However, based on the facts contained within this Motion, Plaintiffs seek relief from the Court, to file said Response.

5. Plaintiffs have contacted counsel of record for BOA, Junaid N. Savani, regarding this extension, and were informed that if this Court is so inclined to grant this Motion, there is no opposition to same.

WHEREFORE, Plaintiffs requests that this Honorable Court would enter an Order extending the time to file Plaintiffs' Response to Bank Of America, N.A.'s Motion to Dismiss First Amended Complaint by seven days, making said Response due on or before May 5, 2014.

_____
Anthony Valentine, pro se
3381 Landover Blvd.
Spring Hill, Florida 34609
352.835.1964

_____
Bernidine Valentine, pro se
3381 Landover Blvd.
Spring Hill, Florida 34609
404.641.0831

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been sent by U.S. Mail to Junaid N. Savani of Liebler, Gonzalez & Portuondo, attorneys for Bank of America, N.A., et al, at Court House Tower-25th Floor, 44 West Flagler Street, Miami, FL 33130 on this 22nd day of April 2014.

_____
Anthony Valentine, pro se

_____
Bernidine Valentine, pro se