IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CIVIL ACTION

Anthony Valentine
Bernidine Valentine

Plaintiffs,

vs.                                                    CASE NO.: 8:14 cv 00652 EAK MAP

BAC HOME LOANS SERVICING, L.P.,
BANK OF AMERICA, N.A., as owner of
COUNRYWIDE FINANCIAL CORPORATION and
COUNRYWIDE HOME LOANS, INC.,
RON R. WOLFE AND ASSOCIATES, P.A., as successor to
FLORIDA DEFAULT LAW GROUP, P.L.,
MICALL BACHMAN, individually and as an employee of Bank of America, N.A.

Defendants,
_____/

**PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO FILE
A RESPONSE TO DEFENDANT BANK OF AMERICA, N.A.'s
RESPONSE AND OPPOSITION TO PLAINTIFFS' MOTION TO AMEND
JUDGMENT AND MOTION FOR RELIEF FROM JUDGMENT**

Plaintiffs Anthony Valentine and Bernidine Valentine, pro se, hereby file this Motion for an Extension of Time to file a Response to Defendant Bank of America, N.A.'s (BANA) Response and Opposition to Plaintiffs' (Amended) Motion to Amend Judgment and (Amended) Motion for Relief from Judgment, and in support thereof state as follows:

1. Counsel for Defendant Bank Of America, N.A. filed a Response and Opposition to Plaintiffs' Motion to Amend Judgment and Plaintiffs' Motion for Relief from Judgment under a Certificate of Service dated July 17, 2014.

2. While Plaintiff, Anthony Valentine's condition has improved greatly, Mr. Valentine still has difficulty accessing records that are stored in file cabinets and boxes located in various rooms of the Plaintiffs' home.

3. Plaintiffs needs more time to study the cases that were listed in the Defendant's Response and Opposition, so as to make an effective response.

4. Plaintiffs estimate that Plaintiffs' Response should have been filed on or before August 5, 2014. However, based on the facts contained within this Motion, Plaintiffs seek relief from the Court, to file said Response.

5. On July 31, 2014 Plaintiffs contacted counsel of record for BOA (BANA), Junaid N. Savani, regarding this extension, and were informed that if this Court is so inclined to grant this Motion, there is no opposition to same.

WHEREFORE, Plaintiffs request that this Honorable Court would enter an Order granting the Plaintiffs' Motion for an Extension of Time to file a Response to Defendant Bank of America, N.A.'s (BANA) Response and Opposition to Plaintiffs' (Amended) Motion to Amend Judgment and (Amended) Motion for Relief from Judgment, thereby making said Response due on or before August 11, 2014.

*/s/ Anthony Valentine*
Anthony Valentine, pro se
3381 Landover Blvd.
Spring Hill, Florida 34609
352.835.1964
E-mail: b_avalentine@mail.com

*/s/ Bernidine Valentine*
Bernidine Valentine, pro se
3381 Landover Blvd.
Spring Hill, Florida 34609
404.641.0831
E-mail: b_avalentine@mail.com

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been sent by U.S. Mail to Junaid N. Savani of Liebler, Gonzalez & Portuondo, attorneys for Bank of America, N.A., et al, at Court House Tower-25th Floor, 44 West Flagler Street, Miami, FL 33130 on this 1st day of August 2014.

_____
Anthony Valentine, pro se

_____
Bernidine Valentine, pro se