**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

ANTHONY VALENTINE and
BERNIDINE VALENTINE,
    Plaintiff,

vs.                                             CASE NO. 8:14-CIV-652-T-17-MAP

BAC HOME LOANS SERVICING, INC.,
et al.,
    Defendants.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This cause is before the Court on the report and recommendation (R&R) issued by Magistrate Judge Mark A. Pizzo on November 17, 2014 (Doc. 32). The magistrate judge recommended that the motion to proceed on appeal *in forma pauperis* (Doc. 30) be denied and the Plaintiffs should be ordered to pay the appropriate filing fee.

**STANDARD OF REVIEW**

When a party makes a timely and specific objection to a finding of fact in the report and recommendation, the district court should make a de novo review of the record with respect to that factual issue. 28 U.S.C. § 636(b)(1); **U.S. v. Raddatz**, 447 U.S. 667 (1980); **Jeffrey S. v. State Board of Education of State of Georgia**, 896 F.2d 507 (11th Cir. 1990). However, when no timely and specific objections are filed, case law indicates that the court should review the findings using a clearly erroneous standard. **Gropp v. United Airlines, Inc.,** 817 F.Supp. 1558, 1562 (M.D. Fla. 1993). No timely objections have been filed.

The Court has reviewed the report and recommendation and made an independent review of the record. Upon due consideration, the Court concurs with the report and recommendation. Accordingly, it is

**ORDERED** that the report and recommendation (Doc. 35) be **adopted** and **incorporated by reference**; the motion to proceed on appeal *in forma pauperis* (Doc. 30) be **denied**; and the Plaintiffs are **directed** to pay the applicable filing fee within 45 days of this date or the Clerk of Court is directed to dismiss the appeal in this case without prejudice.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 5th day of December, 2014.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record
Assigned Magistrate Judge